

1325 AVENUE OF THE AMERICAS   212 980 7400 TEL
SUITE 2601   212 980 7499 FAX
NEW YORK, NY 10019   ROBINSKAPLAN.COM

**RAYNA E. KESSLER**
212 980 7431 TEL
RKESSLER@ROBINSKAPLAN.COM

January 26, 2023

*VIA ECF*

Hon. Nicholas G. Garaufis, U.S.D.J.
Hon. Marcia Henry, U.S.M.J.
United States District Court
Eastern District of New York (Brooklyn)
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **In Re: Exactech Polyethylene Orthopedic Products Liability Litigation**
            **Docket No. 1:22-md-03044-NGG-MMH – (MDL No. 3044)**

Dear Judge Garaufis and Judge Henry:

    Pursuant to the Court's November 17, 2022 Minute Entry as well as the Court's instructions during yesterday's Status Conference, Plaintiffs' Liaison Counsel has created a website for Plaintiffs and Plaintiffs' counsel to remain informed on the above-referenced MDL's proceedings and outcomes.

    The website is [www.exactechmdlfilings.com](www.exactechmdlfilings.com) and will be maintained by BrownGreer PLC, a claims administration firm who has created similar websites for other MDL litigations.

    To facilitate the automatic filing updates and notifications, BrownGreer requests that the email address [docketharvester@browngreer.com](docketharvester@browngreer.com) is added to the ECF notifications for the MDL Docket No. 1:22-md-03044-NGG-MMH. This will enable BrownGreer to post automatic updates upon receiving the ECF notifications. Only documents that are publicly filed will be posted on the website.

    We sincerely thank the Court for its time and attention to this matter. Should the Court have any questions or need additional information, please do not hesitate to contact me directly at (212) 980-7431 or RKessler@RobinsKaplan.com.

          Respectfully submitted,

          **ROBINS KAPLAN LLP**

          s/Rayna E. Kessler
          Rayna E. Kessler, Esq.
          1325 Avenue of the Americas, Suite 2601
          New York, NY 10019
          Telephone: (212) 980-7431
          Facsimile: (212) 980-7499
          Email: RKessler@RobinsKaplan.com
          *Plaintiffs' Liaison Counsel*

cc:    All Counsel of Record (*via ECF*)
       Jake Woody, BrownGreer PLC (*via electronic mail*)